Exhibit A

**We use cookies on this site to enhance your user experience.**

**By clicking OK you are giving your consent for us to set cookies.**

More info



PRODUCTS FOR ▷          PRODUCTS FOR ▷          ABOUT US ▷
BUSINESS                 CONSUMERS

United States  >  3M News Center  >  Press Releases  >  Company  >

3M and the Trump Administration Announce Plan to Import 166.5 Million Additional Respirators into the United States ov

# 3M News Center

PRESS RELEASES ▷   3M STORIES ▷   RESOURCES ▷   ABOUT 3M ▷   MEDIA CONTAC

## 3M and the Trump Administration Announce Plan to Import 16 United States over the Next Three Months

Imports to supplement the 35 million N95 respirators 3M currently produces in U.S. per month

Monday, April 6, 2020 5:58 pm CDT

**Dateline:** ST. PAUL, Minn.

**Public Company Information:**
NYSE:  MMM

ST. PAUL, Minn.--(BUSINESS WIRE)--Today 3M and the Trump Administration are announcing a plan to over the next three months to support healthcare workers in the United States. 3M and the Administration that this plan does not create further humanitarian implications for countries currently fighting the COVI to further collaborate to fight price gouging and counterfeiting.

"I want to thank President Trump and the Administration for their leadership and collaboration," said 3M Roman. "We share the same goals of providing much-needed respirators to Americans across our count seek to take advantage of the current crisis. These imports will supplement the 35 million N95 respirato month in the United States."

"Given the reality that demand for respirators outpaces supply, we are working around the clock to furth the most critical areas," Roman continued. "We'll continue to do all we can to protect our heroic healthc your tireless efforts – including those in our plants and distribution centers around the world."

3M will import 166.5 million respirators over the next three months primarily from its manufacturing faci address and remove export and regulatory restrictions to enable this plan. The plan will also enable 3M where 3M is the primary source of supply.

As a global company, 3M has manufacturing operations around the world to serve local and regional ma continue to work with governments to direct respirators and other supplies to serve areas most in need.

Beginning in January, 3M ramped up production of N95 respirators and doubled its global output to 1.1 b already put into motion additional investments and actions that will enable it to double its capacity again online in the next 60 to 90 days. In the United States, for example, 3M expects to be producing N95 res current levels.

Last week 3M announced additional actions to address price gouging and counterfeit activity related to take decisive action against those seeking to take illegal and unethical advantage of the COVID-19 outb

## Forward-Looking Statements

This news release contains forward-looking information about 3M's financial results and estimates and b identify these statements by the use of words such as "anticipate," "estimate," "expect," "aim," "project," other words and terms of similar meaning in connection with any discussion of future operating or finan cause actual results to differ materially are the following: (1) worldwide economic, political, regulatory, c Company's control, including natural and other disasters or climate change affecting the operations of th crises such as the global pandemic associated with the coronavirus (COVID-19); (3) liabilities related to products and chemistries, and claims and governmental regulatory proceedings and inquiries related to developments that could occur in the legal and regulatory proceedings described in the Company's Ann quarterly reports on Form 10-Q (the "Reports"); (5) competitive conditions and customer preferences; (6 and market acceptance of new product offerings; (8) the availability and cost of purchased components derivatives) due to shortages, increased demand or supply interruptions (including those caused by natu with the phased implementation of a global enterprise resource planning (ERP) system, or security breac infrastructure; (10) the impact of acquisitions, strategic alliances, divestitures, and other unusual events strategies, and possible organizational restructuring; (11) operational execution, including scenarios whe (12) financial market risks that may affect the Company's funding obligations under defined benefit pens of capital. Changes in such assumptions or factors could produce significantly different results. A furthe Concerning Factors That May Affect Future Results" and "Risk Factors" in Part I, Items 1 and 1A (Annual by applicable Current Reports on Form 8-K. The information contained in this news release is as of the c looking statements contained in this news release as a result of new information or future events or dev

About 3M

At 3M, we apply science in collaborative ways to improve lives daily. With $32 billion in sales, our 96,0(
3M's creative solutions to the world's problems at www.3M.com or on Twitter @3M or @3MNews.

**Contact:**

Jennifer Ehrlich

651-733-8805

**Related Materials**

Download press release as a PDF

**Multimedia Files:**

Download All Files



Download:

Download Thumbnail (33.12 KB)

Download Preview (34.23 KB)

Download Small (35.65 KB)

Download Square (34.4 KB)

## 3M United States

| PRESS RELEASES | 3M NEWS CENTER | RELATED LINKS | HELP |
|---|---|---|---|
| Company | Media Contacts | Investor Relations | Help Center |
| Earnings and Dividends | 3M Stories | History | Site Map |
|  |  |  | **NEWS** |

Mergers and Acquisitions

Product and Brand

Sustainability

View All Releases

Resources

About 3M

About 3M

Factsheet

Research & Development

Press Releases

**REGULATORY**

SDS Search

Transport Information Search

RoHS & REACH Information Search

CPSIA Certification Search

California Supply Chains Act Disclosure (PDF, 84KB)

UK Modern Slavery Act Statement (PDF, 169KB)

More Regulatory & Compliance Information

**ABOUT US**

About 3M

3M Careers

Investor Relations

Partners & Suppliers

Government Customers

Sustainability

3Mgives

## FOLLOW US

    

**Change Location**

United States - English



Legal  |  Privacy

© 3M 2020 . All Rights Reserved.

The brands listed above are trademarks of 3M.

Business Wire NewsHQ[sm]