# Exhibit B



**PRODUCTS FOR BUSINESS** ▼     **PRODUCTS FOR CONSUMERS** ▷     **ABOUT US** ▷

3M United States > Coronavirus

Alert: 3M is committed to the fight against COVID-19. |



# Helping the world respond to COVID-19

## 3M is committed to doing everything we can to fight COVID-19 and support healthcare workers globally

The COVID-19 pandemic continues to affect all of us, and 3M is working around-the-clock to help provide critical tools for the fight. Our current focus: supporting healthcare and front-line workers around the world by manufacturing products they need to help protect their lives as they treat others.

   

**Increasing output of N95 respirators**

Doubled our global output rate to nearly 100 million respirators per month; expect to produce about 50 million respirators per month in the U.S. by June 2020.

Anticipate doubling our global capacity to almost 2 billion respirators in the next 12 months.

We have not increased the **prices we charge for 3M respirators** in this crisis.

**Partnering with others to supply more**

Working with governments to investigate alternate manufacturing scenarios and exploring coalitions with other companies to increase capacity further.

Partnering with Ford Motor Company to increase production of 3M Powered Air Purifying Respirators.

Secured authorization from the Chinese government to import about 10 million masks to the US from our manufacturing facility in China.

**Getting product to those who need it most**

In the last seven days of March 2020, we sent 10 million N95 respirators to healthcare facilities across the U.S.

In the US, 90% of our N95 respirators designated for healthcare workers; remainder for critical industries including: food, energy and pharmaceutical.

Maximizing production of other important products, including hand sanitizers and disinfectants.

**Combatting price-gouging, fraud and counterfeiting**

Working with law enforcement, retail partners and others to identify unethical, illegal counterfeiters and price-gougers related to 3M's respirators, remove them from e-commerce partner sites, and refer them to the appropriate law enforcement authorities.

Inviting those with concerns of potentially fraudulent activity, price gouging, or counterfeit 3M products to **to report their concerns at 3M's website** so we can take action.

 

# WARNING: Fraud and Counterfeit Activity

We have created a new 3M hotline for the U.S. and Canada that end-users and purchasers of 3M products can call for information on how to identify authentic 3M products and to ensure products are from 3M authorized distributors.



1 (800) 426-8688
Call the fraud hotline.



Report a concern



STATEMENT: Fraudulent Activity, Price Gouging, and Counterfeit Products
(PDF, 1.6 MB)

3M recommends purchasing our products from a 3M authorized distributor or dealer only. This offers the greatest assurance that you will receive authentic 3M product.

If you need help identifying 3M authorized distributors and dealers in your area, please contact 3M Help Center or 1 (888) 364-3577 in the United States. In Canada, please contact 3M Canada Customer Service at 1 (800) 364-3577.

# Learn about critical 3M products and access helpful resources







### Personal Protective Equipment (PPE)

### Commercial Cleaning Solutions

### Supporting Health Care Providers

Proper selection and use are key to utilizing respirators to help reduce exposure to airborne contaminants. Find Technical Bulletins, How to Videos, Fit Testing Resources and more information to help you protect your employees and yourself.

Get information and application tips on 3M cleaning and disinfectant products for use by facility managers, building service contractors and all who clean public spaces.

Every day, health care workers on the front lines put themselves at risk to ensure others are cared for. 3M Medical offers resources and information to help protect providers and patients, especially during this challenging time.

**Learn more about personal protective equipment**

**Learn more about commercial cleaning solutions**

**Learn more about health care provider resources**

# Stay up to date with 3M's response to COVID-19





April 01, 2020

**Putting healthcare workers first during the coronavirus outbreak**





March 31, 2020

**3M introduces hotline, releases price lists to help combat counterfeits, price gouging during COVID-19**

READ MORE IN THE 3M NEWS CENTER

## Stay up-to-date on the science of COVID-19

If you have questions about the virus and how to best protect yourself, please consult the sources below for the most current guidelines and recommended precautions.





### Center for Disease Control and Prevention

- [2020 Situation Summary](#)
- [What You Need to Know](#)
- [Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings](#)

### World Health Organization

- [Coronavirus](#)
- [Infection prevention and control during health care when novel coronavirus (nCoV) infection is suspected](#)

### Contact Media Relations

Media inquiries regarding 3M's response to the coronavirus situation should be referred to 3M Media Relations.

[Contact Us](#)