# Exhibit E

# United States of America
## United States Patent and Trademark Office

# 3M SCIENCE. APPLIED TO LIFE.

**Reg. No. 5,469,903**

**Registered May 15, 2018**

**Int. Cl.: 1, 2, 3, 4, 7, 8, 9, 11, 16, 17, 21**

**Trademark**

**Principal Register**



Director of the United States Patent and Trademark Office

3M Company (DELAWARE CORPORATION)
220-9e-01
3m Center, 2501 Hudson Road
St. Paul, MINNESOTA 55144

CLASS 1: Adhesives for industrial use; body fillers for autobody use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 2: Coatings for protecting surfaces against moisture, corrosion, contaminants and other conditions

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 3: Cleaning, polishing, scouring and abrasive preparations and substances; abrasives for industrial and domestic use; preparations for cleaning, polishing, glazing, waxing, restoring or preserving finished surfaces of motorized vehicles

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 4: Industrial lubricants

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 7: Abrasive belts, discs, pads, sheets and wheels for power-operated sanders and grinders

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 8: Sanding blocks

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 9: protective safety facial masks, respirators other than for artificial respiration for domestic and industrial use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 11: Filtering devices, namely, filters for commercial use for use in the purification of air

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 16: Stationery notes containing adhesive on one side for attachment to surfaces; tape flags; adhesive tape dispensers for household, office or stationery use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 17: Adhesives tapes and adhesive tape dispensers for industrial or commercial use; duct tapes; electrical tapes; masking tapes; mounting tapes for household and commercial use; adhesive foam tapes, double sided adhesive tapes, all for industrial purposes; adhesive backed plastic films for industrial and commercial use

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

CLASS 21: Scouring, cleaning and scrubbing sponges, and pads

FIRST USE 2-23-2018; IN COMMERCE 2-23-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3241340, 0561157, 0405413

SER. NO. 86-344,821, FILED 07-22-2014

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.