# Exhibit G





## 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Cou

### Have a concern to report related to Fraud, Price Gouging or Count

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and c will not tolerate any such activity by 3M authorized channel partners and we will aggressively pur enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State

## COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an as that 3M has received the report. We request that you reply to that email and attach any copies of i can help us to investigate the situation.*

## Requestor Information

**First Name***

**Last Name***

**Company Name**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Government Agency Name (if applicable)**

**Country/Region***

United States

**Account Type***

Select One

## Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller's Website**

## Fraud Product Details

**Product 1\***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**How did the interaction take place?***

Select One

**Interaction URL**

**Product Fraud Details***

Provide as much detail about the interaction as possible including how you first contacted the selle

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you fraud, price gouging and fraudulent activity, 3M may voluntarily share information with law enforc law enforcement agencies, 3M will have no control over that personal information.

Please be aware that the information you supply about yourself, or any aspect of 3M's operations information that, to the best of your knowledge, is correct. You will not be sanctioned for submitti knowingly provide false or misleading information, it may result in disciplinary or judicial action.

Submit