# Exhibit H

| | |
|---|---|
| **From:** | Mike Geftic <mike@geftico.com> |
| **Sent:** | Tuesday, March 31, 2020 9:27 AM |
| **To:** | Lorimer, Adam (CDC/OCOO/OFR/OAS) |
| **Subject:** | Mike Geftic - Offerings from Companies Represented by GEFTICO |
| **Attachments:** | masks.pptx |

Hello Adam,

Nice speaking with you earlier attached is a presentation from the companies that have in stock or have on order for Hand Sanitizer, Masks Etc.

Please let me know if there is any questions on any individual items I have on here and I can get a call or email communication going with the individual companies who own the items directly.

As well I did get an offering on 3M masks this AM, I believe the price is very High and not sure how many hands have touched them, but there are 15 Million in Texas right now that can be bought.

Please let me know if you need any more info, my cell 201 953 9395 is the best place to get with me.

Thanks and have a great day,

MICHAEL GEFTIC
PRESIDENT- SALES
CELL:201.953.9395
OFFICE: 321.800.6213
MAILING ADDRESS:
5418 SPLIT PINE COURT
ORLANDO FL 32819



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.





KN95 NIOSH CERTIFIED MASK
1/BAG, 5/BOX, 500/CASE
200,000 DAILY PRODUCTION AVAILABLE

100,000         $2.65
500,000         $2.58
*PRICING INCLUDES FREIGHT*

Vendor KW Textiles




50% DUE ON PO SUBMISSION, 50% DUE ON SHIP

N95 FDA CERTIFIED MASK
1/BAG, 50/BOX, 1200/CASE
200,000 DAILY PRODUCTION AVAILABLE

100,000          $2.65
500,000          $2.58

**PRICING INCLUDES FREIGHT**

Vendor KW Textiles






**Niosh Cettified N95 Respirator Masks**
Item Number: KN95
*Equilivent to 3m 8247CN*

*Particulate filtering facepiece respirator with nuisance level organic vapor odor relief to help reduce exposures to airborne particulate (includes PM 2.5 and PM 10) and nuisance levels of ozone or other organic odor.*
Packed 800 per case (40 inners of 20) /1,250 cases available (1,000,000 units)
**Your cost is $4.15**

Lead Time
14 business days delivery from PO
F.O.B California

Vendor: UNCS



15 Million Masks 3M Mask ***In USA Currently***
N95 Model 1860
$6.77 Per Mask, F.O.B Texas



10 masks per retail unit (poly bag)
5 bags per inner
54 inners per case
Total masks case is 2700

Cost per 10-pack retail unit is $6.00 delivered

Available 21 Days Port of LA from PO

Vendor: Reusable Bag Company



- **Item**: Surgical mask with ear loops

- **Cost per piece**:
  20,000   $1.00
  50,000   $.98
  100,000 $.94
  500,000 $.90

- **Quantity Available**: 1,000,000 pieces

- **Delivery**: 4/6 – 4/10

- **Packs**: 50 pc inner / 2000 pc master

- Deposit required

- Vendor KW Textiles

 

**Non-Woven 3 Ply Surgical Masks w/ Earloops**
•*FDA approved face masks*
•*99 PFE non-woven fabric*
100,000 units available

**Your cost is $.95**

**F.O.B. Stateside
Lead Time 1 to 3 Weeks**

**Vendor UNCS**











UPC: 658515975179

Packed 2000 per case (40 inners of 50) /250 cases available (500,000 units)

**Your cost is $0.95**

**200,000 Mask Per Day – 3 to 5 days landed in CA
F.O.B. California**

**Vendor :UNCS**



- Available to Ship within 5 days
- 2 truck loads of 5120 (total 10240)
- 256 Bottles Per Pallet
- Cost per Gallon $24.00 F.O.B Texas

- Vendor- Rich Moore

 

Gotdya Hand Saitizer

FDA Approved

F.O.B CHINA DI Program

Can Ship April 15th -2-week delivery to West Coast

75% Alcohol

17.6 Oz With Push Pump

20 Foot Container 21,504 Pieces- 24-piece masters

$2.30 Per bottle

50% Deposit required   - 50% Final payment once goods ship

Additional stock on 2-3-week lead time

Vendor – Original Spin

 

Sea freight time is 15 days

If are order now we can get delivery Mid April.

They also have a 300 ml bottle (10 ounce).

Price for the 300ml bottle: US$1.90 / pc FOB Guangzhou

31,500 pcs per 20 ft container

63,000 pcs per 40 ft container

FDA approved / 75% Alcohol

Freight from China to LA is $2,300 for 20 Ft Container
Freight from China to LA is $2,950 for 40 Ft Container

Vendor – Original Spin



Wish 3.38 oz Hand Sanitizer available to ship

Cost $1.60 F.O.B.  (need prepayment)

Case pack 24

240,000 Units available 4/20-4/29

144,000 Units available 5/2

Vendor UNCS



**HALYARD 44674 Aero Chrome Breathable Performance Surgical Gown- XL**
Item Number: 44674
*expiration is 2022 and 2024*
Packed 40 per case/1,440 cases available (57,600 units)
**Your cost is $5.50**

Lead Time – Ship to customer late next week

F.O.B USA (Midwest waiting on exact point)

Vendor - UNCS



NON-STERILE SURGICAL GOWN

$6.40 FOB CHINA

50% ON PO SUBMISSION AD 50% ON SHIP

Please check the package information as below:
50pcs/CTN
69*36.5*46CM/CTN
14.5KGS/CTN

The delivery time for 250,000 units is about 15days, about 15,000 units can get out every 48 hours.
they're sold in a scale (S-M-L-XL-XXl),in Chinese size it is suit for people tall 170/175/180/185cm.

Vendor KW Textiles



Sniper 1 Gallon Hospital Disinfectant and odor eliminator kills 99.9% of germs

Can ship in 1 – 2-weeks

$45.25 per Piece F.O.B

Case Pack 4

10k Units available

Vendor UNCS

**A+ Glover Nitrile FDA Approved Gloves- 100ct**
Packed 20 per case/700 cases available (14,000 units)
**Your cost is $14.95 per 100 count**
**F.O.B. State Side**

**Available Mid April**

Nitrile and are FDA Approved

Vendor UNCS

