**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

3M COMPANY,

    Plaintiff,

v.

                                                         Case No.: 6:20-cv-00648

GEFTICO, LLC,

    Defendant.

_____/

**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

  __X__ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *3M Company v. Performance Supply, LLC*, Case No. 1:20-cv-02949 (S.D.N.Y. Apr. 10, 2020)
2. *3M Company v. RX2Live, LLC, et al.*, Case No. 1:20-cv-00523 (E.D. Cal. Apr. 10, 2020)
3. *3M Company v. John Doe, claiming to be the "3M Company Trust Account*," Case No. DC-20-05549 (Dallas County Tex. Apr. 10, 2020)
4. *3M Company v. Hulomil, LLC*, Case No. 3:20-cv-00394 (W.D. Wisc. Apr. 28, 2020)
5. *3M Company v. 1 Ignite Capital, LLC a/k/a 1 Ignite Capital Partners, Institutional Financial Sales LLC and Auta Lopes*, Case No. 4:20-cv-00225 (N.D. Fla. Apr. 30, 2020)
6. *3M Company v. TAC2 Global LLC*, Case No. 8:20-cv-01003 (M.D. Fla. Apr. 30, 2020)
7. *3M Company v. King Law Center, Chartered*, Case No. 6:20-cv-00760 (M.D. Fla. Apr. 30, 2020)
8. *3M Company v. Zachary Puznak, Zenger LLC /d/b/a Zeroaqua, and John Doe 1 Through 10*, Case No. 1:20-cv-01287 (S.D. Ind. Apr. 30, 2020)

____ IS NOT        related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

*/s/ Brandon W. Banks, Esq.*
Brandon W. Banks, Esq.
Florida Bar No.: 587461

### Certificate of Service

I hereby certify that on May 13, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to Plaintiff's Florida counsel, Joseph M. Wasserkrug, Esq., and Petitioner's Illinois counsel, Michael W. Weaver, Esq.

*/s/ Brandon W. Banks, Esq.*
Brandon W. Banks, Esq.
Florida Bar No.: 587461
Brian M. Walsh, Esq.
Florida Bar No.: 10968
**WALSH BANKS LAW**
P.O. Box 2271
Orlando, FL 32802
Ph: (407) 259-2426; Fx: (407) 391-3626
Email: brandon.banks@walshbanks.com
Email: brian.walsh@walshbanks.com
Secondary Email: service@walshbanks.com