IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

3M COMPANY,

    Plaintiff,

v.

GEFTICO, LLC,

    Defendant.

_____/

Case No.:    6:20-cv-00648-CEM-GJK

## JOINT NOTICE OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.08(a), Plaintiff 3M Company and Defendant Geftico, LLC (collectively, the "Parties"), hereby notify this Court that the Parties have reached a settlement to resolve the above-captioned litigation.

The Parties respectfully request that the case be closed administratively subject to the Parties' rights under Middle District of Florida Local Rule 3.08(b) to file a motion within sixty (60) days for the purpose of entering a stipulated form of final or judgment; or on good cause shown, to reopen the case for further proceedings.

Dated: May 14, 2020

| **MCDERMOTT WILL & EMERY LLP** | **WALSH BANKS, PLLC** |
|---|---|
| */s/ Joseph M. Wasserkrug* | */s/Brandon W. Banks* |
| Joseph M. Wasserkrug (FBN 112274) | Brandon W. Banks (FBN 587461) |
| jwasserkrug@mwe.com | Brian M. Walsh (FBN 10968) |
| 333 SE 2nd Avenue, Suite 4500 | P.O. Box 2271 |
| Miami, FL 33131-4336 | Orlando, FL 32802 |
| T: 305.347.6501 \| F: 305.675.8403 | Phone (407) 259-2426 |
| | Fax (407) 391-3626 |
| Michael W. Weaver (IBN 6291021) | brian.walsh@walshbanks.com |
| *(admitted pro hac vice)* | brandon.banks@walshbanks.com |
| mweaver@mwe.com | service@walshbanks.com |
| 444 W. Lake Street, Suite 4000 | |
| Chicago, IL 60606-0029 | *Counsel for Defendant Geftico, LLC* |
| T: 312.984.5820 \| F: 312.277.2972 | |
| | |
| *Counsel for Plaintiff 3M Company* | |